In the Matter of the Application of MEYER LITTMAN against CONSOLIDATED SYRUP CORPORATION and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEX LIEDERMAN, Appellant, v. THE SHERIFF OF THE COUNTY OF NEW YORK and LEO SIEGEL, Respondents.— Appeal withdrawn, with ten dollars costs and disbursements to the respondents, relator discharged from custody and sureties under the order appealed from discharged and released of any further liability thereunder, upon the terms stated in order. On failure of relator fully to perform said terms and conditions, the order is affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

RUDOLPH LEWITUS, Appellant, v. UNION CONFECTIONERY Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALBERT A. MOERS, Respondent, v. PUBLIC PRESS CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT PERRET, Respondent, v. RACHEL PRESTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT PERRET, Respondent, v. MANUAL PRESTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. SMITH FIREPROOF CONSTRUCTION Co., INC., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

GEORGE W. KORN, Respondent, v. BERNARD REICH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [131 Misc. 742.]

MAY V. SAUNDERS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRED A. SWINGLE, Respondent, v. THE ROSS STORES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STRAUSS & Co., INC., Respondent, v. EDWARD ARLINGTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.